that claimant was paid $100.00 per week, and Louise Bates testified that she saw the claimant cash several checks.

For the reasons stated, the order of the circuit court of Cook County dismissing claimant's claim is affirmed.

Order affirmed.

DEMPSEY and MEJDA, JJ., concur.

GONG HEE GEE et al., Plaintiffs-Appellees, v. JUDITH DAVIDSON, Defendant-Appellant.

(No. 59444;

First District (1st Division)—August 5, 1974.

PER CURIAM.
BURKE, J., took no part.

Shulman and Spivack, of Chicago (Norman E. Goldman, of counsel), for appellant.

Lisco and Field, of Chicago (Barry L. Kroll and Robert F. Lisco, of counsel), for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LACEY LOGGINS, Defendant-Appellant.

(No. 58753;

First District (2nd Division)—June 25, 1974.

*Rehearing denied August 7, 1974.*